## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYTA CHANTHAVONG and** | **:** | **No. 3:13cv2666** |
| **BRIAN CHANTHAVONG as legal** | **:** | |
| **guardians of D.D.C., a minor,** | **:** | **(Judge Munley)** |
| | **:** | |
| **Plaintiffs** | **:** | |
| **v.** | **:** | |
| | **:** | |
| **UNION SECURITY INSURANCE** | **:** | |
| **COMPANY d/b/a ASSURANT EMPLOYEE** | **:** | |
| **BENEFITS,** | **:** | |
| **Defendant** | **:** | |

## ORDER

**AND NOW**, to wit, this 4th day of November, 2014, it is hereby

**ORDERED**:

1.   Defendant Union Security Insurance's motion for summary judgment

(Doc. 18) is **DENIED**;

2.   Plaintiffs Ryta Chanthavong and Brian Chanthavong's motion for

summary judgment (Doc. 16) is **GRANTED**.  Plaintiffs are awarded

the amount of $100,000 in damages, plus interest from May 14,

2012;

3.   The Clerk of Court shall enter judgment in favor of Plaintiffs; and

4.   The Clerk of the Court is directed to close this case.

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**